MARKLE *v.* STEELE, on Appeal.

STEELE, resident in another state, forwarded to *Markle* in Indiana, who was not an attorney at law, a note against *Hotchkiss* for 200 dollars, to be collected. *Markle* placed the note in the hands of an attorney at law for collection. The attorney collected the money, and left the country without paying it over to *Markle.* *Held*, that *Steele* could not, under these circumstances, sustain an action for money had and received against *Markle*. *Held*, also, that if *Markle* could be made liable for the money in any form of action, it must be on one founded on his

having acted fraudulently or imprudently in entrusting the note to the attorney; or on his having failed to use proper means to obtain the money from the attorney after its collection.  Vide *Beardsley* v. *Root*, 11 Johns. R. 464.—*Duncan* v. *Littell*, 2 Bibb, 424.—*Lucket* v. *Bohannon*, 3 Bibb, 378.—*Duncan* v. *Skipwith*, 2 Camp. 68.—*Nightingal* v. *Devisme*, 5 Burr. 2589.